AO 450 (GAS Rev 10/03) Judgment in a Civil Case

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

# United States District Court
## Southern District of Georgia

20 MAY 14 PM 3:17

CLERK C. Robinson
SO. DIST. OF GA.

Johnny Antwone Colquitt,

Plaintiff,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV518-87

V.

James Deal; Edwina Johnson; and Terry Wilson,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 7th day of May 2020, adopting the Report and Recommendation of the Magistrate Judge, judgment is hereby entered dismissing Plaintiff's Complaint, and denying leave to appeal in forma pauperis. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

May 14, 2020
Date

John E. Triplett, Acting Clerk
Clerk

Candy Asbell
(By) Deputy Clerk



GAS Rev 10/1/03